**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

CYNTHIA BERRY,                              )
                                           )
            Plaintiff,                     )
                                           )
    v.                                     )          No. 4:26-cv-01079-JSD
                                           )
TWIN PEAKS RESTAURANT, et al.,             )
                                           )
            Defendants.                    )

**MEMORANDUM AND ORDER**

Self-represented Plaintiff Cynthia Berry brings this civil action for alleged violations of her rights. On July 10, 2026, she initiated the action with an unsigned Civil Complaint [ECF No. 1] and a document titled "Instructions for AO 239 — Application to Proceed In Forma Pauperis" [ECF No. 2]. As for the Complaint, the Local Rules of this Court require that all filings be signed by the self-represented party or the party's attorney. *See* E.D. Mo. L.R. 2.01(A)(1). Similarly, under Federal Rule of Civil Procedure 11(a), every written pleading or motion must be signed "by a party personally if the party is unrepresented" and the Court must strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." As such, the Court will order the Clerk to return the Complaint to Plaintiff so that Plaintiff may sign it and return it to the Court for filing. Plaintiff is warned that failure to do so will result in dismissal of this case.

Furthermore, to the extent Plaintiff intends her "Instructions" filing to be a motion requesting leave to proceed *in forma pauperis*, it will be denied.[1] The Court may authorize the

---

[1] To the extent Plaintiff alternatively or additionally intended a page of her Complaint to be a motion requesting "leave to proceed in forma pauperis" [*see* ECF No. 1 at 13], it is denied for the same reason—lack of financial information.

commencement or prosecution of a civil action without prepayment of fees if the plaintiff demonstrates he or she "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Proceeding without prepayment of fees and costs, or *in forma pauperis*, is a matter of privilege, not of right. *Williams v. McKenzie*, 834 F.2d 152, 154 (8th Cir. 1987). To enjoy the statute's benefits, a litigant need not show that she is "absolutely destitute," but she must demonstrate that, because of her poverty, she cannot pay for the litigation costs and still be able to provide for the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948); *see also Lee v. McDonald's Corp.*, 231 F.3d 456, 459 (8th Cir. 2000).

In this case, Plaintiff's filing appears to contain artificially generated instructions for completing and filing a form to apply for *in forma pauperis* status with the Court. [*See* ECF No. 2 at 6 (referencing an "AI Lawyer Tool").] But the filing does not actually contain any financial information about Plaintiff. Without any financial information, the Court cannot determine whether Plaintiff can pay for the litigation costs for this matter and still be able to provide for the necessities of life. *See Adkins*, 335 U.S. at 339. As such, the motion will be denied.

In order for this case to proceed, Plaintiff must either file a new, signed motion on the Court-provided "Application to Proceed in District Court without Prepaying Fees or Costs" form, or pay the full $405 filing fee. *See* E.D. Mo. Local Rule 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis.").

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return Plaintiff's Complaint to her.

**IT IS FURTHER ORDERED** that Plaintiff shall sign the Complaint and return it to the Court for filing within **fourteen (14) days** of the date of this Order.

2

**IT IS FURTHER ORDERED** that Plaintiff's filing, construed as a motion for leave to proceed *in forma pauperis* [ECF No. 2], is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk is directed to send Plaintiff a blank "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit a signed Application to proceed without prepayment within **fourteen (14) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 14th day of July, 2026.

JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE